1  JOSEPH C. DELMOTTE (CA SBN 259460)
   ARNOLD L. GRAFF (CA SBN 269170)
2  JOSEPH C. DELMOTTE (CA SBN 259460)
   ALDRIDGE PITE, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6

7
   Attorneys for   WELLS FARGO BANK, N.A.
8
                   UNITED STATES BANKRUPTCY COURT
9
            NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
10

11 | In re                          | Case No. 18-40467-WJL
   |                                |
12 | LAUREN J. MASSA-LOCHRIDGE,     | Chapter 13
   |                                |
13 |          Debtor(s).            | R.S. No. ALG - 534
   |                                |
14 |                                | CERTIFICATE OF SERVICE

15
        I, Jhosie R. Cheeks, declare that:
16
        I am employed in the County of San Diego, California. My business address is: 4375
17
   Jutland Drive, Suite 200 San Diego, CA 92177-0933. I am over the age of eighteen years and not a
18
   party to this cause.
19
        On September 10, 2018, I served the [proposed] ORDER CONFIRMING NO
20
   AUTOMATIC STAY in said cause by placing a true and correct copy thereof enclosed in a
21
   sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego,
22
   California, addressed as follows: SEE ATTACHED SERVICE LIST.
23
        I declare under penalty of perjury that the foregoing is true and correct and that this
24
   declaration was executed on September 10, 2018, at San Diego, California.
25

26
                                        /s/ Jhosie R. Cheeks
                                        JHOSIE R. CHEEKS
27

28

- 1 -

# SERVICE LIST

**DEBTOR**
Lauren J. Massa-Lochridge
1601 Beverly Place
Berkeley, CA 94707
(Via U.S. Mail)

**DEBTOR'S ATTORNEY**
Nathan David Borris
Law Offices of Nathan D. Borris
1380 A Street
Hayward CA 94541
nateborris@gmail.com
(Via U.S. Mail)

**TRUSTEE**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540
13trustee@oak13.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.OA.ECF@usdoj.gov
(Via NEF)

**OTHER INTERESTED PARTIES**
Scientific American
c/o Niel Gapoff
PO Box 189
Belvedere Tiburon, CA 94920
(Via U.S Mail)

Mark Henderson Massa Lochridge
1601 Beverly Place
Berkeley, CA 94707
(Via U.S Mail)

| | |
|---|---|
| 1 | Arnold L. Graff (SBN 269170) |
| | agraff@aldridgepite.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jdelmotte@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 6 | |
| | Attorneys for Movant, |
| 7 | Wells Fargo Bank, N.A. |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 18-40467-WJL |
| LAUREN J. MASSA-LOCHRIDGE, | Chapter 13 |
| | R.S. No. ALG - 534 |
| Debtor. | **ORDER CONFIRMING NO AUTOMATIC STAY AND CO-DEBTOR STAY IN EFFECT** |
| | **Hearing**: |
| | Date: September 5, 2018 |
| | Time: 9:30 a.m. |
| | Place: 1300 Clay Street, Courtroom 220 |
| | Oakland, CA 94612 |

The above-captioned matter came for hearing on September 5, 2018, at 9:30 a.m, in Courtroom 220, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1301, to enforce its interest in the property of Lauren J. Massa-Lochridge ("Debtor") and Mark Henderson Massa-Lochridge ("Co-Borrower"), commonly known as 1601 Beverly Place, Berkeley, California 94707 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO DECLARATION OF CREDITOR IN SUPPORT OF MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 50.

- 1 -     Case No. 18-40467-WJL

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 (a) and the co-debtor stay of 11 U.S.C. § 1301 (a) are not in effect in this case, as they apply to the enforcement by Movant of any and all of its rights in the Real Property under Note and Deed of Trust.

** END OF ORDER **

**COURT SERVICE LIST**